617 A.2d 1216

STATE OF NEW JERSEY v. TATSUFUYU WATANABE.

November 5, 1992.

ORDER

Leave to appeal is granted, and the order of the Appellate Division dated October 21, 1992, granting defendant's application for post-conviction bail is summarily reversed and the

October 20, 1992, order of the Law Division denying bail is reinstated.